PC [top left handwritten]  
JW [top right handwritten]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)  
JOSE V HUERTA  
v.  
Thomas Dart  
Cook County Jail  
Defendant(s)

24cv3452  
Judge Elaine E. Bucklo  
Mag. Judge M. David Weisman  
Random Assignment  
PC 3

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, JOSE V HUERTA, declare that I am the (check appropriate box) ☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   **(NOTE: This item must be completed.)**

   but I have been unable to find an attorney because:

**FILED**  
APR 29 2024  
THOMAS G. BRUTON  
CLERK, U.S. DISTRICT COURT

3. I declare that (check all that apply):
   (*Now:*)
   ☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (*Earlier:*)
   ☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

    ☐ Grammar school    ☐ Some high school    ☑ High school graduate

    ☐ Some college      ☐ College graduate    ☐ Post-graduate

6. ☑ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

X _____     5429 S Troy
Movant's Signature            Street Address

4-16-24                       Chicago IL 60629
Date                          City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ | The case is still pending: Yes ____ No ____ |
| The appointment was limited to settlement assistance: Yes ____ No ____ | |

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ | The case is still pending: Yes ____ No ____ |
| The appointment was limited to settlement assistance: Yes ____ No ____ | |

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ | The case is still pending: Yes ____ No ____ |
| The appointment was limited to settlement assistance: Yes ____ No ____ | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]