MR



LM



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton
Clerk

312-435-5794
Prisoner Correspondence

4/29/2024

Dear Sir/Madam:

24cv3452
Judge Elaine E. Bucklo
Mag. Judge M. David Weisman
Random Assignment
PC 3

We hereby inform you that your petition for leave to file and proceed in forma pauperis in the cause entitled Jose V. Huerta v. Thomas Dart, et al has been assigned case number 24cv3452 and to Judge Elaine E. Bucklo who will rule on your petition.
M. David Weisman is the designated magistrate judge for your case.

Please indicate your assigned case number on all future documents/correspondence submitted to this court regarding the above case. **Furthermore, you must keep the court informed (in writing) of your current address throughout the pendency of your case.** Failure to do so may result in dismissal of your case for want of prosecution.

In the future, if you wish to receive acknowledgment of filing(s), you must submit an <u>original</u> document and **one additional copy** of each document to this court. The additional copy will be returned to you stamped AReceived@. The exception to this rule is when an amended petition/complaint is submitted. When submitting an amended petition/complaint, you must also submit service copies. We hope this information will assist you in the future.

Sincerely,
Prisoner Correspondence

Rev. 11/04/2016

# 1983 and Habeas Corpus Case Instructions
# for Submitting Documents to be Filed in Our Court

The following is a list of procedures to be followed when submitting documents to be filed in our Court. These procedures will enable us to process your documents properly and promptly. Please note that the Court may strike your documents or direct their return if they do not comply with these directions instructions.

1. Include on your documents the case number given to your complaint by our court, the judge's name, the title of the case, and a descriptive title of your document.

2. **Personal Identifiers in Paper Filings**
   Federal Rules of Civil Procedure 5.2 addresses privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number or taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number. Please review the rule for a complete listing and exceptions.

3. Send your documents to the office where your case is being heard.

   | If your case is being heard in **CHICAGO** | If your case is being heard in **ROCKFORD** |
   |---|---|
   | Prisoner Correspondence<br>Clerk's Office<br>U.S. District Court<br>219 South Dearborn Street, 20th Floor<br>Chicago, IL 60604 | Clerk, U.S. District Court<br>U.S. District Court<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101 |

   Your documents will be processed and forwarded to the appropriate judge. If you send your documents to any other location it will delay processing and docketing.

4. Attach a certificate of service to the back of your document, stating to whom copies were mailed and the date of mailing. A certificate of service is a statement indicating that you have sent defendant's attorney a copy of your document (see example below). **DO NOT USE THIS EXAMPLE**.

   (EXAMPLE of) Certificate of Service

   I, (plaintiff's name), swear under penalty of perjury that I served a copy of the attached document on (name and address of counsel for defendants), by placing it in the mail at the ___05-17-24___ Correctional Center on (date).

   ___Jose Huerta___
   Signature

   Note: If defendants are not represented by the same attorney, then each attorney must be served.

5. Local Rule 5.2(f) states that "Each person or party filing a paper version of a pleading, motion, or document, other than an appearance form, motion to appear pro hac vice, or return of service, shall file in addition to the original a copy for use by the court."

   Complaints: Complaints require the original and one copy for each named defendant(s). If you submit more copies than this Court's requirement, they will be stamped and returned to you.

Rev. 06/29/2016

Jose Huerta
2022104018
2700 S California Ave.
Chicago IL 60608

Prisoner Correspondence
Clerks Office
US District Court
219 South Dearborn St. 20TH Floor
Chicago IL 60604



05/23/2024-9

